IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**WILLIE B. RICHMOND**                                                **PLAINTIFF**

**VERSUS**                          **CIVIL ACTION NO. 1:06cv817-HSO-JMR**

**HUNTINGTON INGALLS, INC.**                              **DEFENDANT**

### FINAL JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned cause is hereby dismissed with prejudice as to all parties, and all claims, with each party to bear their respective costs.  The parties have requested, and the Court has agreed to retain jurisdiction to enforce the settlement agreement.  The parties have also mutually agreed not to disclose the terms of the settlement agreement to any third parties.  If any party fails to comply with the terms of this settlement agreed to by all parties, any aggrieved party may move to reopen the case for enforcement of the settlement agreement, and if successful, all additional attorneys' fees and costs from this date shall be awarded such aggrieved party or parties against the party failing to comply with the agreement.

**SO ORDERED AND ADJUDGED**, this the 15th day of June, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE